

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

| | | |
|---|---|---|
| JOHN KEVIN LYNCH, | § | No. 08-15-00180-CR |
| Appellant, | § | Appeal from the |
| v. | § | Criminal District Court No. 1 |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20140D00206) |

§

**O R D E R**

The Court GRANTS the Appellant's second motion for extension of time within which to file the reply brief until **October 10, 2016.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S REPLY BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Joe A. Spencer, Jr., Appellant's attorney, prepare the Appellant's reply brief and forward the same to this Court on or before October 10, 2016.

IT IS SO ORDERED this 15th day of September, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.